IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSICA NAVARRO,

    Plaintiff,

v.                                    Civ. No. 2:21-cv-01002 MIS/GJF

HENRY PETE BILANO and FORBES
ENERGY SERVICES, LLC,

    Defendants.

## FINAL JUDGMENT

The parties have filed a joint stipulation of dismissal with prejudice for all claims in this cause. ECF No. 33. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal by all parties who have appeared."[1] The stipulation is signed by the parties' attorneys.

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**, with the parties to bear their own costs and attorney's fees.

2. The Clerk of the Court is **INSTRUCTED TO CLOSE** the cause.

*Margaret Strickland*
_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Defendant Forbes Energy Services, LLC was incorrectly named as Cretic Energy Services, LLC in Plaintiff's Original Complaint. *See* ECF No. 1 at 1.